[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 21-13953

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

WASHINGTON DARIO BAILON GUERRERO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00152-SCB-AAS-4

_____

2                          Opinion of the Court                          21-13953

Before WILSON, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

Daniel M. Hernandez, counsel for Washington Dario Bailon-Guerrero in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bailon-Guerrero's conviction and sentence are **AFFIRMED.**